NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**KEVIN M. BOWERS,**
*Claimant-Appellant,*

**v.**

**ROBERT A. MCDONALD, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2014-7132

---

Appeal from the United States Court of Appeals for Veterans Claims in No. 13-2745, Judge Mary J. Schoelen.

---

**ON MOTION**

---

PER CURIAM.

**O R D E R**

The court treat's Kevin M. Bowers opposed motion to file a supplemental brief as a reply brief,

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted to the extent that the brief is accepted for filing.

2                               BOWERS v. MCDONALD

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court


s30